United States District Court
Southern District of Texas
**ENTERED**
December 12, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| KIKEY MENDEZ-OLGUIN, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL NO. 1:25-CV-00319 |
| | § | |
| FRANCISCO VENEGAS, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## **ORDER**

The District Judge orders this case be referred to the randomly selected Magistrate Judge:

Karen Betancourt.

Signed on December 12, 2025.

_____
Rolando Olvera
United States District Judge