United States District Court
Southern District of Texas

**ENTERED**

May 12, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| KIKEY MENDEZ-OLGUIN, <br> "Petitioner," | § <br> § <br> § <br> § | |
| v. | § <br> § | Civil Action No. 1:25-cv-00319 |
| FRANCISCO VENEGAS, *et al.*, <br> "Respondents," | § <br> § <br> § <br> § <br> § | |

## ORDER

Before the Court are Petitioner's "Petition for Writ of Habeas Corpus and Complaint For Declaratory and Injunctive Relief" ("Petition") (Dkt. No. 1), "Response to Petition for Writ of Habeas Corpus and Motion for Summary Judgment" ("MSJ") (Dkt. No. 11), "Report and Recommendation to Deny Petitioner's Habeas Petition" ("Report and Recommendation") (Dkt. No. 16), and "Petitioner's Objections to the Report and Recommendation to the Honorable United States District Judge" ("Objections") (Dkt. No. 17).

After a *de novo* review of the file, the Report and Recommendation (Dkt. No. 14) is **ADOPTED**. It is therefore **ORDERED, ADJUDGED**, and **DECREED** that the Petition (Dkt. No. 1) is **DENIED**, and the MSJ (Dkt. No. 11) is **DENIED** as moot. The Court **ORDERS** the Clerk of Court to close the case.

SIGNED this May 12, 2026

_____
Rolando Olvera
United States District Judge